(November 30, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY KORNE-GAY, Appellant. — Motion to dismiss the appeal taken by defendant granted and appeal dismissed upon the ground that the criminal prosecution has abated by reason of his death. (*People v Darden,* 52 NY2d 1015; *People v Mintz,* 20 NY2d 753, 770.) Mahoney, P. J., Sweeney, Kane, Casey and Yesawich, Jr., JJ., concur.